| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | **161-17NC, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-4680180** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**161 N. Clark Street, 17th Floor**<br>**Chicago, IL 60601**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>**77 W. Wacker Dr., 45th Floor**<br>**Chicago, IL 60601**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**161 N. Clark St. Chicago, IL 60601**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **161-17NC, LLC** Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **161-17NC, LLC** Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Amata, LLC** Relationship **Affiliate**
District **Northern District of Illinois** When **11/12/24** Case number, if known **24-17012**

**11. Why is the case filed in *this district*?**
*Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor   **161-17NC, LLC**_____   Case number (*if known*)_____
         Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **161-17NC, LLC**
   Name
                        Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 12, 2024**
       MM / DD / YYYY

**X** **/s/ Ronald Bockstahler**          **Ronald Bockstahler**
Signature of authorized representative of debtor      Printed name

Title   **Manager of Amata Holdings, LLC, Sole Member/Manager**

**18. Signature of attorney**

**X** **/s/ Jeffrey C. Dan**         Date **November 12, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**Jeffrey C. Dan**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street
Suite 1221
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone **(312) 337-7700**    Email address **jeffd@goldmclaw.com**

**6242750 IL**
Bar number and State

Debtor   **161-17NC, LLC**   Case number (*if known*)
     Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 12, 2024**
               MM / DD / YYYY

X _/s/ signature_

Signature of authorized representative of debtor

**Ronald Bockstahler**
Printed name

Title   **Manager of Amata Holdings, LLC, Sole Member/Manager**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **November 12, 2024**
     MM / DD / YYYY

**Jeffrey C. Dan**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 337-7700**   Email address   **jeffd@goldmclaw.com**

**6242750 IL**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **161-17NC, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 161 North Clark Newco LLC c/o Societe Generale 245 Park Avenue New York, NY 10167 | | | Disputed | | | $157,513.74 |
| American Commercial Bank & Trust 4733 Main St. Lisle, IL 60532 | | | | $1,147,367.00 | $0.00 | $1,147,367.00 |
| Arnoux Sharma Standeford, LLC 161 N. Clark St. 17th Floor Chicago, IL 60601 | | Security Deposit | Contingent | | | $5,618.24 |
| Burke Costanza & Carberry 161 N. Clark St. 17th Floor Chicago, IL 60601 | | Security Deposit | Contingent | | | $1,450.00 |
| Cesar Maldonado, LLC 161 N. Clark St. 17th Floor Chicago, IL 60601 | | Security Deposit | Contingent | | | $1,000.00 |
| Delgado Rompf Bruen LLC 161 N. Clark St. 17th Floor Chicago, IL 60601 | | Security Deposit | Contingent | | | $1,211.00 |
| Fabbrini Law Group, LLC 161 N. Clark St. 17th Floor Chicago, IL 60601 | | Security Deposit | Contingent | | | $5,000.00 |

Debtor **161-17NC, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gan Law Group**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $1,000.00 |
| **Horgan Marren Babbo & Rose, Ltd.**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $5,400.00 |
| **Jacalyn Birnbaum P.C.**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $2,677.50 |
| **KCIC, LLC**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $2,650.00 |
| **Lisa K. Nelson, Attorney at Law**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $1,120.00 |
| **Marszewski & Galvin Law**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $1,800.00 |
| **Matthew Arnoux**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $5,345.00 |
| **Molly Sharma**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $2,636.00 |
| **Needham & Company, LLC**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $3,950.00 |
| **Phillips Lytle LLP**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $6,288.00 |
| **Sam F. Cannizzaro**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $1,672.00 |

Debtor **161-17NC, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Law Office of Michael J. Glink**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $1,500.00 |
| **The Law Office of Michelle Lawless**<br>**161 N. Clark St.**<br>**17th Floor**<br>**Chicago, IL 60601** | | **Security Deposit** | **Contingent** | | | $1,500.00 |

161 North Clark Newco LLC
c/o Societe Generale
245 Park Avenue
New York, NY 10167

Accenture Federal Services
161 N. Clark St.
17th Floor
Chicago, IL 60601

Adesina Law Office
161 N. Clark St.
17th Floor
Chicago, IL 60601

Amata 77WW, LLC
77 W. Wacker Dr.
45th Floor
Chicago, IL 60601

Amata Holdings, LLC
77 W. Wacker Drive
45th Floor
Chicago, IL 60601

Amata LLC
77 W. Wacker Dr.
45th Floor
Chicago, IL 60601

Amata Mangement, LLC
77 W. Wacker Dr.
45th Floor
Chicago, IL 60601

American Commercial Bank & Trust
4733 Main St.
Lisle, IL 60532

Arnoux Sharma Standeford, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601

```
Association Development Solutions
161 N. Clark St.
17th Floor
Chicago, IL 60601


B2B Strategic Solutions, Inc.
161 N. Clark St.
17th Floor
Chicago, IL 60601


Bluenthal Law Group P.C.
161 N. Clark St.
17th Floor
Chicago, IL 60601


Brotschul Potts LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Burke Costanza & Carberry
161 N. Clark St.
17th Floor
Chicago, IL 60601


Cesar Maldonado, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Coca -Cola
P.O. Box 101086
Atlanta, GA 30392-1086


Comerford Law Office, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Delgado Rompf Bruen LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601
```

Fabbrini Law Group, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Gan Law Group
161 N. Clark St.
17th Floor
Chicago, IL 60601


Garvey's Office Products
7500 N. Caldwell Avenue
Niles, IL 60714


Ground Floor Partners
161 N. Clark St.
17th Floor
Chicago, IL 60601


Harmony Coffee & Teas, Inc.
161 N. Clark St.
17th Floor
Chicago, IL 60601


Holt Law Group
161 N. Clark St.
17th Floor
Chicago, IL 60601


Horgan Marren Babbo & Rose, Ltd.
161 N. Clark St.
17th Floor
Chicago, IL 60601


Howard B. Brookins Jr. Prof. Corp.
161 N. Clark St.
17th Floor
Chicago, IL 60601

IP Spring LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Jacalyn Birnbaum P.C.
161 N. Clark St.
17th Floor
Chicago, IL 60601


KCIC, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Kiswani Law, P.C.
161 N. Clark St.
17th Floor
Chicago, IL 60601


LaSalle Law Group, P.C.
161 N. Clark St.
17th Floor
Chicago, IL 60601


Law Offices of Charles W. Brace
161 N. Clark St.
17th Floor
Chicago, IL 60601


Lisa K. Nelson, Attorney at Law
161 N. Clark St.
17th Floor
Chicago, IL 60601


Marszewski & Galvin Law
161 N. Clark St.
17th Floor
Chicago, IL 60601


Matthew Arnoux
161 N. Clark St.
17th Floor
Chicago, IL 60601

```
MLJ Law Offices
161 N. Clark St.
17th Floor
Chicago, IL 60601


Molly Sharma
161 N. Clark St.
17th Floor
Chicago, IL 60601


Needham & Company, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Ori Law Firm
161 N. Clark St.
17th Floor
Chicago, IL 60601


Phillips Lytle LLP
161 N. Clark St.
17th Floor
Chicago, IL 60601


Powell Law Firm
161 N. Clark St.
17th Floor
Chicago, IL 60601


Rickard Law, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Ronald Bockstahler
400 N. Meridian St.
Apt. 435
Indianapolis, IN 46208


Sam F. Cannizzaro
161 N. Clark St.
17th Floor
Chicago, IL 60601
```

SC Kessler Law
161 N. Clark St.
17th Floor
Chicago, IL 60601


Shepherd Law, LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601


Shirley Chan
161 N. Clark St.
17th Floor
Chicago, IL 60601


Simplified Solutions
161 N. Clark St.
17th Floor
Chicago, IL 60601


SNtial
161 N. Clark St.
17th Floor
Chicago, IL 60601


Tadash Given
161 N. Clark St.
17th Floor
Chicago, IL 60601


The Bernie Mac Foundation
161 N. Clark St.
17th Floor
Chicago, IL 60601


The Law Office of Doug Nelson
161 N. Clark St.
17th Floor
Chicago, IL 60601


The Law Office of Michael J. Glink
161 N. Clark St.
17th Floor
Chicago, IL 60601

The Law Office of Michelle Lawless
161 N. Clark St.
17th Floor
Chicago, IL 60601

The Law Office of Robert B Buchanan
161 N. Clark St.
17th Floor
Chicago, IL 60601

Trelius
161 N. Clark St.
17th Floor
Chicago, IL 60601

Tuckey Law LLC
161 N. Clark St.
17th Floor
Chicago, IL 60601

Watson Law
161 N. Clark ST.
17th Floor
Chicago, IL 60601

Woodruff Johnson & Evans Law Office
161 N. Clark St.
17th Floor
Chicago, IL 60601

YL Law Firm
161 N. Clark St.
17th Floor
Chicago, IL 60601

# United States Bankruptcy Court
## Northern District of Illinois

In re  **161-17NC, LLC**                                      Case No.
                         Debtor(s)                            Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **161-17NC, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Amata Holdings, LLC**
**77 W. Wacker Dr.**
**45th Floor**
**Chicago, IL 60601**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 12, 2024** | **/s/ Jeffrey C. Dan** |
| Date | **Jeffrey C. Dan** |
| | Signature of Attorney or Litigant |
| | Counsel for  **161-17NC, LLC** |
| | **Goldstein & McClintock LLLP** |
| | **111 W Washington Street** |
| | **Suite 1221** |
| | **Chicago, IL 60602** |
| | **(312) 337-7700 Fax:(312) 277-2305** |
| | **jeffd@goldmclaw.com** |